IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>          Plaintiff, )<br>)<br>   v. )<br>)<br>JOEL ROLLINS, )<br>)<br>          Defendant. )<br>_____) | Case No. 1:20-cv-954 (AJT/JFA) |

## **ORDER**

This matter is before the Court on the Report and Recommendation, [Doc. No. 48] ("Report"), of Magistrate Judge Anderson (the "Magistrate Judge"). In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment as to Defendant Joel Rollins ("Defendant"), [Doc. No. 35], (the "Motion") be granted. The Magistrate Judge further advised the parties that objections to the Report must be filed within fourteen (14) days of service and that failure to object waives appellate review. [Doc. No. 48] at 11. No party has filed an objection to the Report within fourteen (14) days of service. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. No. 48] be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment, [Doc. No. 35], be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that Defendant Rollins be, and the same hereby is, **ENJOINED** and **RESTRAINED** from continuing to infringe on Plaintiff's copyrighted works as identified in Exhibit A, [Doc. No. 12-1], attached herein; and it is further

**ORDERED** that Defendant Rollins immediately delete and permanently destroy any digital files or copies of Plaintiff's copyrighted works as identified in Exhibit A from any computer or device that are in his possession, custody, or control; and it is further

**ORDERED** that judgment be, and the same hereby is, entered against Joel Rollins in the amount of $33,440 (33,000 in statutory damages arising from the copyright infringement claim and $400 in costs).

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58 and to forward a copy of this Order to all counsel of record and Defendant at 8099 Lacy Drive, Apartment # 203, Manassas, Virginia, 20109.

.

                                                        Anthony J. Trenga
                                                        United States District Judge

Alexandria, Virginia
December 9, 2021